THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-012-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING SECOND MOTION TO STAY APPOINTMENT OF COUNSEL |
| SHANE DAVID LATTA, | |
| Defendant. | |

THIS COURT has considered the second motion filed by Shane Latta to stay the appointment of counsel until November 2019.

The motion is GRANTED. The appointment of counsel is now stayed until November 4, 2019. It is further ordered that any amount that Mr. Latta has paid to the Court clerk be held and re-applied at that time.

DATED this 29th day of July 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender

ORDER TO STAY APPOINTMENT
OF COUNSEL
(*Shane Latta*, CR17-012-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100