THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-012-RSL |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| SHANE DAVID LATTA, | |
| Defendant. | |

This matter has come before the Court on Shane Latta's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Mr. Latta's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 19th day of November 2019.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Shane Latta

ORDER FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*Shane Latta*, CR17-012-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
Seattle, Washington 98101
(206) 553-1100